United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

LAURA DEL ROCIO CALDERON CEPEDA, §
　　　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
VS.　　　　　　　　　　　　　　　§　CIVIL ACTION NO. 7:26-CV-197
　　　　　　　　　　　　　　　　　§
TODD BLANCHE, *et al.*,　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　Defendants.　　　　　　　　§

## <u>NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE</u>

The Initial Pretrial Conference (previously set for July 7, 2026) is hereby reset for August 4, 2026, at 9:30 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

IT IS FURTHER ORDERED that should Defendants not appear by this continued date, Plaintiff may again move to continue the Initial conference.

SO ORDERED July 2, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1