United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAURA DEL ROCIO CALDERON CEPEDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-197 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF RESCHEDULING *SUA SPONTE* OF INITIAL PRETRIAL CONFERENCE

The Initial Pretrial Conference (previously set for August 4, 2026) is hereby reset *sua sponte* for August 6, 2026, at 10:30 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED August 3, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge